IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELLS FARGO BANK, NAT'L ASS'N, AS TR. FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COM. MORTG. SEC. CORP., MULTIFAMILY MORTG. PASS-THROUGH CERTIFICATES, SERIES 2017-K724** | : : : : : : : : | |
| **Plaintiff,** | : : | Civ. No. 24-2051 |
| **v.** | : : : | |
| **MM-FCDC PARTNERS, L.P.,** | : : : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, on this 15th day of October, 2024, upon consideration of Plaintiff Wells Fargo Bank's Motion to Dismiss Counterclaim, (Doc. No. 14), and Defendant MM-FCDC Partners' Response in Opposition, (Doc. No. 24), it is hereby **ORDERED** that

1. Plaintiff's Motion (Doc. No. 14) is **GRANTED**.

2. It is further **ORDERED** that Defendant's Counterclaim (Doc. No. 11 at 9-19, ¶¶ 1-80) is **DISMISSED without prejudice.**

3. Defendant shall have **until November 5, 2024** to file an Amended Counterclaim. If Defendant fails to amend, its Counterclaim will be dismissed with prejudice.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.