IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, NAT'L ASS'N AS TRUSTEE FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COM. MORTG. SEC. CORP., MULTIFAMILY MORTG. PASS-THROUGH CERTIFICATES, SERIES 2017-K724 : : : : : : : : | |
| **Plaintiff,** : : | |
| v. : : | Civ. No. 24-2051 |
| MM-FCDC PARTNERS, L.P., : : | |
| **Defendant.** : | |

## ORDER

**AND NOW,** on this 24th day of July, 2025, upon consideration of Plaintiff's Second Motion for Summary Judgment (Doc. No. 61), Defendant's Response in Opposition (Doc. No. 62), Plaintiff's Renewed Motion for a Receiver (Doc. No. 26), Defendant's Response in Opposition (Doc. No. 30), and all related submissions, it is hereby **ORDERED** that:

1. Plaintiff's Second Motion for Summary Judgment (Doc. No. 61) is **GRANTED in part** with respect to liability and damages recoverable in the amount of $4,019,264.66. It is **DENIED without prejudice** with respect to the Liquidation Fee damages line item of $37,740.58.

2. Judgment in mortgage foreclosure is entered in favor of Plaintiff and against Defendant in the amount of $4,019,264.66. Plaintiff, or any successor to Plaintiff, shall be entitled to the judicial sale of the Property which is subject to Plaintiff's mortgage referenced in the Complaint, which Property is commonly known as 2617 W. Girard Avenue,

2

Philadelphia, Pennsylvania.  This judgment does not preclude Plaintiff from obtaining other relief to which it is entitled under the applicable loan documents.  Plaintiff shall be entitled to seek reassessment of damages to reflect costs and expenses in connection with any judicial sale of the Property or any other transaction affecting the Property.

3. Plaintiff's Renewed Motion for Appointment of Receiver (Doc. No. 26) is **DENIED without prejudice.**

4. Plaintiff's First Motion for Summary Judgment (Doc. No. 23) is **DENIED as moot.**

                                          **AND IT IS SO ORDERED:**

                                          */s/ Paul S. Diamond*
                                          _____

                                          Paul S. Diamond, J.